UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONTE BEAVER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GREG LEWIS, Acting Warden,<br><br>　　　　　Respondent. | NO. CV 12-01756 PSG (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS, AND RECOMMENDATIONS OF**<br><br>**UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  The Court notes that the Magistrate Judge expressly advised Petitioner of his opportunity to develop the record in opposition to Respondent's Motion to Dismiss for lack of exhaustion.  Petitioner failed to file any response.  Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 07-31-12

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE