# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONTE BEAVER,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>GREG LEWIS, Acting Warden,<br><br>　　　　　Respondent. | NO. CV 12-01756 PSG (SS)<br><br><br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 07-31-12

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE